IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-623<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Maria Valdez** |

**PRELIMINARY INJUNCTION ORDER AGAINST
DEFENDANT NOS. 1-40 AND 46-143**

Plaintiff ROBLOX CORPORATION ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint as Defendant Nos. 1-40 and 46-143 and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered January 26, 2024, [Dkt. Nos. 26, 27] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyrights (the "ROBLOX Trademarks and Copyrights") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the ROBLOX Trademarks and Copyrights. *See* Dkt. Nos.[13-22], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ROBLOX Trademarks and Copyrights.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the ROBLOX Trademarks and Copyrights are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register and the U.S. Copyright Office, (2)

2

Defendants are not licensed or authorized to use any of the ROBLOX Trademarks and Copyrights, and (3) Defendants' use of the ROBLOX Trademarks and Copyrights are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the ROBLOX Trademarks and Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the ROBLOX Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ROBLOX product or not authorized by Plaintiff to be sold in connection with the ROBLOX Trademarks and Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ROBLOX product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the ROBLOX Trademarks and Copyrights;

    c.   committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the ROBLOX Trademarks and Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, and Alipay (collectively, the "Third Party

4

Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alipay, Ant Financial Services Group ("Ant Financial"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ROBLOX Trademarks and Copyrights.

5

6. Any Third Party Providers, including Alipay, Ant Financial, and AliExpress, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Christian Bayley, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 3 to the Declaration of Christian Bayley and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "15012723346 Store and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Plaintiff's Complaint [Dkt. No. 1], Schedule A to the Complaint [Dkt. No. 7.], Exhibit 3 to the Declaration of Christian Bayley [Dkt. Nos. 13-22], and the TRO [Dkt. No. 27] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $196,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

*Thomas M Durkin*

Thomas M. Durkin
United States District Judge

Dated: March 22, 2024

**Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | 15012723346 Store |
| 2 | 19880506 Store |
| 3 | 6682663 Store |
| 4 | 8881314 Store |
| 5 | AA HengBei Store |
| 6 | AIXINIT Dropshipping Store |
| 7 | AnRan Store |
| 8 | BBOTTRUOYS Toy Store |
| 9 | Bear Dollhouse Store |
| 10 | Comfortable life 1026 Store |
| 11 | Darlink Store |
| 12 | Duo Xin Xin Store |
| 13 | DUOLI LIFE Store |
| 14 | GXD-Dropshipping Store |
| 15 | Happy Host Store |
| 16 | KK ToyWholesale Store |
| 17 | Leyu2018 Store |
| 18 | Low price dropshipping gift Store |
| 19 | Maidefeiqi Store |
| 20 | MIAOOWA-Dropshipping Store |
| 21 | MICO Baby Store |
| 22 | MICO&MOCO BABY Store |
| 23 | Mommy-Babies Store |
| 24 | Plush shop Store |
| 25 | Prettyplus+ Store |
| 26 | Rabbits SASA Store |
| 27 | Shop1102119253 Store |
| 28 | Shop1102422223 Store |
| 29 | Shop1102887421 Store |
| 30 | Shop1103203457 Store |
| 31 | Shop1103208028 Store |
| 32 | Shop1103210046 Store |
| 33 | Shop1103210103 Store |
| 34 | Shop1103212037 Store |
| 35 | Shop168830442 Store |
| 36 | SI TING Store |
| 37 | Squeeze Toy Store |
| 38 | Xi Yan Store |
| 39 | YSK House Store |
| 40 | YSK Pretty Store |
| 46 | 1516Toys Store |
| 47 | 2023 TOY Store |
| 48 | 260 High End Case Store |
| 49 | Aesthetics Mouse Mat B143 Store |
| 50 | Animation Derivatives X Store |
| 51 | AnimeFuns Store |

| 52 | Atina Store |
|---|---|
| 53 | Baby's Toy Store |
| 54 | Baobaoai Store |
| 55 | Bazinga Store |
| 56 | BBTHBDNBY RC09 Store |
| 57 | Bear Slippers Factory Dropshipping Store |
| 58 | Best Lovely Toys Store |
| 59 | Black Man K Store |
| 60 | BOOKFONG Official Store |
| 61 | Boutique model Store |
| 62 | buildingblocks Store |
| 63 | Bunny Toys Store |
| 64 | Children's Funny Store |
| 65 | chinashoppingtoy Store |
| 66 | CM Toy Store Store |
| 67 | COLOQY TOY'S Store |
| 68 | coolkid Store |
| 69 | Da Beauty Store |
| 70 | daidaihotsales57 Store |
| 71 | Dudu Fly Store |
| 72 | Factory direct wholesale Store |
| 73 | Fook Fong Toy Store |
| 74 | GG Bond Art Store |
| 75 | GGYY Store |
| 76 | Global-Anime-Figure Store |
| 77 | Happy Baby @ |
| 78 | Hug toy Store |
| 79 | jessycakids Store |
| 80 | Jun Jun Tiger Toy Store |
| 81 | ki house toy Store |
| 82 | Ladybug Store |
| 83 | Lalalulala Toy Store |
| 84 | LazySorry Funny Store |
| 85 | Leizi Super Cool Sticker Store |
| 86 | Leyu toy Store |
| 87 | Low Price Toy Wholesale Store |
| 88 | Mattll Store |
| 89 | Mengru Toy Store |
| 90 | MIKY BABY Store |
| 91 | Miniko Toy Store |
| 92 | Miniso Online Store |
| 93 | Minivo Store |
| 94 | Model-Toy-Baby Store |
| 95 | Morningbebe Toy Store |
| 96 | MYMUHUAN TOY Store |
| 97 | New Game Party Store |
| 98 | NewPuzzleToys Store |
| 99 | Plush Island Store |

| | |
|---|---|
| 100 | Rainbow Friends Store |
| 101 | Rytanda Store |
| 102 | Sanrio Toy Store |
| 103 | Shop Lingling666 Store |
| 104 | Shop1100043145 Store |
| 105 | Shop1100091223 Store |
| 106 | Shop1100176330 Store |
| 107 | Shop1100219799 Store |
| 108 | Shop1100237025 Store |
| 109 | Shop1100246067 Store |
| 110 | Shop1100365135 Store |
| 111 | Shop1100368016 Store |
| 112 | Shop1102163027 Store |
| 113 | Shop1102199109 Store |
| 114 | Shop1102204114 Store |
| 115 | Shop1102373654 Store |
| 116 | Shop1102520835 Store |
| 117 | Shop1102597649 Store |
| 118 | Shop1102741091 Store |
| 119 | Shop1102799268 Store |
| 120 | Shop1102847854 Store |
| 121 | Shop1103184553 Store |
| 122 | Shop1103205167 Store |
| 123 | Shop1103248167 Store |
| 124 | Shop1113240 Store |
| 125 | Shop4847249 Store |
| 126 | Shop5029035 Store |
| 127 | Shop5878575 Store |
| 128 | Shop719161 Store |
| 129 | SJNing Store |
| 130 | Sosmart Store |
| 131 | TAKARATOMY Panini Collection Store |
| 132 | TG 03 Store |
| 133 | The Cloth Of MrOcean Store |
| 134 | Top Toy Flagship Store |
| 135 | TreasuringU Store |
| 136 | UNO game card Store |
| 137 | We All Need Toy Store |
| 138 | weijinghotsales44 Store |
| 139 | WJ3 Good Goods Store |
| 140 | World Of Toys Store |
| 141 | Yehua Store |
| 142 | YSK XIA Store |
| 143 | Yunnan Summer Store |