# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　Defendants. | Case No. 24-cv-623<br><br>Judge Thomas M. Durkin |

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AGAINST DEFENDANT NOS. 1-40 AND 46-143 [DKT. NOS. 51-53]**

Plaintiff ROBLOX CORPORATION hereby moves this Honorable Court to Withdraw its Motion for Entry of a Preliminary Injunction [Dkt. No. 51], supporting Memorandum [Dkt. No. 52] and Declaration of Michael A. Hierl in Support of Entry of a Preliminary Injunction [Dkt. No. 53] as they were filed in error.

1. On March 6, 2024, Plaintiff filed a Motion for Entry of a Preliminary Injunction [Dkt. No. 32], supporting Memorandum [Dkt. No. 33] and Declaration of Michael A. Hierl in Support of Entry of a Preliminary Injunction [Dkt. No. 34] against Defendant Nos. 41-45 and 144-195, which are located on the Alibaba and Alipay e-commerce platforms.

2. This Court granted Plaintiff's Motion for Entry of a Preliminary Injunction against Defendant Nos. 41-45 and 144-195 on March 11, 2024. [Dkt. Nos. 39, 40].

3. On March 18, 2024, Plaintiff filed a Motion for Entry of a Preliminary Injunction [Dkt. No. 41], supporting Memorandum [Dkt. No. 42] and Declaration of Michael A. Hierl in Support of Entry of a Preliminary Injunction [Dkt. No. 43] against Defendant Nos. 1-40 and 46-143, which are located on the AliExpress and Alipay e-commerce platforms.

4. This Court granted Plaintiff's Motion for Entry of a Preliminary Injunction against Defendant Nos. 1-40 and 46-143 on March 22, 2024. [Dkt. Nos. 46, 47].

5. Due to a clerical error, on May 8, 2024, Plaintiff refiled its Motion for Entry of a Preliminary Injunction [Dkt. No. 51], supporting Memorandum [Dkt. No. 52] and Declaration of Michael A. Hierl in Support of Entry of a Preliminary Injunction [Dkt. No. 53] against Defendant Nos. 1-40 and 46-143, which are located on the AliExpress and Alipay e-commerce platforms.

6. Due to the fact that the above-referenced motions were filed in error, Plaintiff would like to withdraw its Motion for Entry of a Preliminary Injunction [Dkt. No. 51], supporting Memorandum [Dkt. No. 52] and Declaration of Michael A. Hierl in Support of Entry of a Preliminary Injunction [Dkt. No. 53] against Defendant Nos. 1-40 and 46-143 and for any other relief this Court deems necessary.

3

Respectfully submitted,

Dated: May 8, 2024

By:    s/Michael A. Hierl
       Michael A. Hierl (Bar No. 3128021)
       William B. Kalbac (Bar No. 6301771)
       Robert P. McMurray (Bar No. 6324332)
       Hughes Socol Piers Resnick & Dym, Ltd.
       Three First National Plaza
       70 W. Madison Street, Suite 4000
       Chicago, Illinois 60602
       (312) 580-0100 Telephone
       mhierl@hsplegal.com
       wkalbac@hsplegal.com
       rmcmurray@hsplegal.com
       Attorneys for Plaintiff
       ROBLOX CORPORATION

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on May 8, 2024.

/s/ Michael A. Hierl
Michael A. Hierl