IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBLOX CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>                Defendants. | Case No. 24-cv-623<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Maria Valdez** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff ROBLOX CORPORATION ("Plaintiff") against the defendants identified on Amended Schedule A, and using the Online Marketplace Accounts identified on Amended Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks and copyrights (the "ROBLOX Trademarks and Copyrights") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the ROBLOX Trademarks and Copyrights. *See* Docket Nos.[13-22], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ROBLOX Trademarks and Copyrights.

A list of the ROBLOX Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6,200,694 | ROBLOX | 9, 16 and 25 |
| 5,460,112 | BLOXY | 41 |
| 3,641,155 | POWERING IMAGINATION | 9, 35 and 41 |

2

A List of the ROBLOX Copyrights is included in the below chart.

| Registration Number | Title of Work |
|---|---|
| VA 2-317-686 | **Brookhaven Customer Avatar** |
| VA 2-3137-699 | **Brookhaven Customer Avatar Figurine** |
| VA 2-317-689 | **Claire Dancefiend Avatar** |
| VA 2-317-693 | **Claire Dancefiend Avatar Figurine** |
| VA 2-317-700 | **Stylz Salon Stylist Avatar** |
| VA 2-317-682 | **Stylz Salon Stylist Avatar Figurine** |
| VA 2-291-083 | **builderman** |
| VA 230-384 | **Builderman toy** |
| VA 2-304-564 | **Builderman video character** |
| PA 2-357-603 | **Cindy Avatar** |
| PA 2-357-608 | **Dennis Avatar** |
| PA 2-357-639 | **Kenneth Avatar** |
| PA 2-357-611 | **Lindsey Avatar** |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501(1)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the ROBLOX Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ROBLOX product or not authorized by Plaintiff to be sold in connection with the ROBLOX Trademarks and Copyrights;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ROBLOX product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the ROBLOX Trademarks and Copyrights;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks or copyrights, including the ROBLOX Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

   a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

   b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), and Alipay (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

   a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the ROBLOX Trademarks and Copyrights; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the ROBLOX Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine ROBLOX product or not authorized by Plaintiff to be sold in connection with the ROBLOX Trademarks and Copyrights.

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ROBLOX Trademarks and Copyrights.

5. Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 501(a), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of [$100,000.00](one-hundred thousand dollars) for willful use of counterfeit ROBLOX Trademarks and Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including Alipay, Alibaba, andAnt Financial Services Group ("Ant Financial"), shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alipay, Alibabaand Ant Financial, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Alipay, Alibaba, and Ant Financial, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit [3] to the Declaration of Christian Bayley and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The [ten-thousand] dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel of record, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.
Dated: May 17, 2024

*Thomas M. Durkin*
Thomas M. Durkin
United States District Judge

**Amended Schedule A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | 15012723346 Store |
| 2 | 19880506 Store |
| 3 | 6682663 Store |
| 4 | 8881314 Store |
| 5 | AA HengBei Store |
| 6 | AIXINIT Dropshipping Store |
| 7 | AnRan Store |
| 8 | BBOTTRUOYS Toy Store |
| 9 | Bear Dollhouse Store |
| 10 | Comfortable life 1026 Store |
| 11 | Darlink Store |
| 12 | Duo Xin Xin Store |
| 13 | DUOLI LIFE Store |
| 14 | GXD-Dropshipping Store |
| 15 | Happy Host Store |
| 16 | KK ToyWholesale Store |
| 17 | Leyu2018 Store |
| 18 | Low price dropshipping gift Store |
| 19 | Maidefeiqi Store |
| 20 | MIAOOWA-Dropshipping Store |
| 21 | MICO Baby Store |
| 22 | MICO&MOCO BABY Store |
| 23 | Mommy-Babies Store |
| 24 | Plush shop Store |
| 25 | Prettyplus+ Store |
| 26 | Rabbits SASA Store |
| 27 | Shop1102119253 Store |
| 28 | Shop1102422223 Store |
| 29 | Shop1102887421 Store |
| 30 | Shop1103203457 Store |
| 31 | Shop1103208028 Store |
| 32 | Shop1103210046 Store |
| 33 | Shop1103210103 Store |
| 34 | Shop1103212037 Store |
| 35 | Shop168830442 Store |
| 36 | SI TING Store |
| 37 | Squeeze Toy Store |
| 38 | Xi Yan Store |
| 39 | YSK House Store |
| 40 | YSK Pretty Store |
| 41 | Dongyang Chenchen Jewelry Factory |
| 42 | Jinhua Hairong Import And Export Co., Ltd. |

| | |
|---|---|
| 43 | Tianchang Shenhua Imp & Exp Trade Co., Ltd. |
| 44 | Yiwu Shasha Trading Co., Ltd. |
| 45 | Zhongshan Yixuan Craft & Gift Co., Ltd. |
| 46 | 1516Toys Store |
| 47 | 2023 TOY Store |
| 48 | 260 High End Case Store |
| 49 | Aesthetics Mouse Mat B143 Store |
| 50 | Animation Derivatives X Store |
| 51 | AnimeFuns Store |
| 52 | Atina Store |
| 53 | Baby's Toy Store |
| 54 | Baobaoai Store |
| 55 | Bazinga Store |
| 56 | BBTHBDNBY RC09 Store |
| 57 | Bear Slippers Factory Dropshipping Store |
| 58 | Best Lovely Toys Store |
| 59 | Black Man K Store |
| 60 | BOOKFONG Official Store |
| 61 | Boutique model Store |
| 62 | buildingblocks Store |
| 63 | Bunny Toys Store |
| 64 | Children's Funny Store |
| 65 | chinashoppingtoy Store |
| 66 | CM Toy Store Store |
| 67 | COLOQY TOY'S Store |
| 68 | coolkid Store |
| 69 | Da Beauty Store |
| 70 | daidaihotsales57 Store |
| 71 | Dudu Fly Store |
| 72 | Factory direct wholesale Store |
| 73 | Fook Fong Toy Store |
| 74 | GG Bond Art Store |
| 75 | GGYY Store |
| 76 | Global-Anime-Figure Store |
| 77 | Happy Baby @ |
| 78 | Hug toy Store |
| 79 | jessycakids Store |
| 80 | Jun Jun Tiger Toy Store |
| 81 | ki house toy Store |
| 82 | Ladybug Store |
| 83 | Lalalulala Toy Store |
| 84 | LazySorry Funny Store |
| 85 | Leizi Super Cool Sticker Store |
| 86 | Leyu toy Store |

| 87 | Low Price Toy Wholesale Store |
|---|---|
| 88 | Mattll Store |
| 89 | Mengru Toy Store |
| 90 | MIKY BABY Store |
| 91 | Miniko Toy Store |
| 92 | Miniso Online Store |
| 93 | Minivo Store |
| 94 | Model-Toy-Baby Store |
| 95 | Morningbebe Toy Store |
| 96 | MYMUHUAN TOY Store |
| 97 | New Game Party Store |
| 98 | NewPuzzleToys Store |
| 99 | Plush Island Store |
| 100 | Rainbow Friends Store |
| 101 | Rytanda Store |
| 102 | Sanrio Toy Store |
| 103 | Shop Lingling666 Store |
| 104 | Shop1100043145 Store |
| 105 | Shop1100091223 Store |
| 106 | Shop1100176330 Store |
| 107 | Shop1100219799 Store |
| 108 | Shop1100237025 Store |
| 109 | Shop1100246067 Store |
| 110 | Shop1100365135 Store |
| 111 | Shop1100368016 Store |
| 112 | Shop1102163027 Store |
| 113 | Shop1102199109 Store |
| 114 | Shop1102204114 Store |
| 115 | Shop1102373654 Store |
| 116 | Shop1102520835 Store |
| 117 | Shop1102597649 Store |
| 118 | Shop1102741091 Store |
| 119 | Shop1102799268 Store |
| 120 | Shop1102847854 Store |
| 121 | Shop1103184553 Store |
| 122 | Shop1103205167 Store |
| 123 | Shop1103248167 Store |
| 124 | Shop1113240 Store |
| 125 | Shop4847249 Store |
| 126 | Shop5029035 Store |
| 127 | Shop5878575 Store |
| 128 | Shop719161 Store |
| 129 | SJNing Store |
| 130 | Sosmart Store |

| | |
|---|---|
| 131 | TAKARATOMY Panini Collection Store |
| 132 | TG 03 Store |
| 133 | The Cloth Of MrOcean Store |
| 134 | Top Toy Flagship Store |
| 135 | TreasuringU Store |
| 136 | UNO game card Store |
| 137 | We All Need Toy Store |
| 138 | weijinghotsales44 Store |
| 139 | WJ3 Good Goods Store |
| 140 | World Of Toys Store |
| 141 | Yehua Store |
| 142 | YSK XIA Store |
| 143 | Yunnan Summer Store |
| 144 | Anhui RON.VE.XIN International Trade Co., Ltd. |
| 145 | Changsha Botu Trade Co., Ltd. |
| 146 | Changsha Wodemore Technology Co., Ltd. |
| 147 | Dongguan Ai Cheng Toys Co., Ltd. |
| 148 | Dongguan Binfa Toys Co., Ltd. |
| 149 | Dongguan Jiajie Toys Co., Ltd. |
| 150 | Guangzhou Chumu Biological Technology Co., Ltd. |
| 151 | Guangzhou Happy Island Toys Co., Ltd. |
| 152 | Guangzhou Happy Sky Toys Co., Ltd. |
| 153 | Guangzhou Sparkle Trading Co., Ltd. |
| 154 | Hangzhou Findme Technology Co., Ltd. |
| 155 | Hangzhou Wenxin Import And Export Co., Ltd. |
| 156 | Hesper Import & Export (Suzhou) Co., Ltd. |
| 157 | Huizhou Junhui Electronic Commerce Co., Ltd. |
| 158 | Hunan Sushan Import And Export Co., Ltd. |
| 159 | Kunming Xishan District Hongyao Building Materials Business Department |
| 160 | Nanjing Kao Hammer Intelligent Technology Co., Ltd. |
| 161 | Shanghai Xiapi Technology Co., Ltd. |
| 162 | Shanghai Xinmeng Trading Co., Ltd. |
| 163 | Shanghai Zheyi Trading Co., Ltd. |
| 164 | Shaoxing Happy Wind Crafts Co., Ltd. |
| 165 | Shenzhen Dihao Technology Co., Ltd. |
| 166 | Shenzhen Dingji Intelligent Technology Co., Ltd. |
| 167 | Shenzhen Douluo E-Commerce Co., Ltd. |
| 168 | Shenzhen Hemu'an Technology Co., Ltd. |
| 169 | Shenzhen MengLai Electronic Commerce Co., Ltd. |
| 170 | Shenzhen Mina Technology Co., Ltd. |
| 171 | Shenzhen Newstar Electronic Technology Co., Ltd. |
| 172 | Shenzhen Weida Science And Technology Co., Ltd. |
| 173 | Shenzhen Xuanruihe Technology Ltd., Co. |
| 174 | Shenzhen Yihong Bo Electronic Technology Co,.Ltd |

| | |
|---|---|
| 175 | Shenzhen Yingyan Trading Co., Ltd. |
| 176 | Wuhan Tknow Technology Co.,Ltd |
| 177 | Wuhan Tknow Toys Co., Ltd. |
| 178 | Wuhan Zhudao Technology Co., Ltd. |
| 179 | Xinxiang Quchuang Toys Co., Ltd. |
| 180 | Yangzhou BAM Crafts Co., Ltd. |
| 181 | Yangzhou Creative Toys And Gifts Co., Ltd. |
| 183 | Yangzhou Kingstone Toys Co., Ltd. |
| 184 | Yangzhou Yurui Household Products Co., Ltd. |
| 185 | Yiwu Ali Toy Co., Ltd. |
| 186 | Yiwu Chenchen Toy Factory |
| 187 | Yiwu Hangwei Toys Firm |
| 188 | Yiwu Jianyu E-Commerce Firm |
| 189 | Yiwu Leo Trading Co., Ltd. |
| 190 | Yiwu Moyun Import & Export Co., Ltd. |
| 191 | Yiwu Qiyi Paste Lane Cultural Creativity Co., Ltd. |
| 192 | Yiwu Seaside Trading Co., Ltd. |
| 193 | Yiwu Shiang Trading Firm |
| 194 | Yiwu Strong Battalion E-Commerce Firm |
| 195 | Yiwu Yibu Import & Export Co., Ltd. |